# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00834-CV

### C. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-001541, THE HONORABLE TIM SULAK, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant C.B. filed her notice of appeal on December 17, 2018. The appellate record was complete on January 9, 2019, making appellant's brief due on January 29, 2019. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Tiffany Crouch Bartlett to file appellant's brief no later than February 19, 2019. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on February 4, 2019.

Before Chief Justice Rose, Justices Kelly and Smith